In Interest of B.R.S., Jr.

**BOONE COUNTY JUVENILE OFFICER, Respondent,**

v.

**P.S.D.S.L. (Natural Mother), Appellant.**

**No. WD 54107.**

Missouri Court of Appeals,
Western District.

Sept. 2, 1997.

Glen R. Ehrhardt, Columbia, Guardian Ad Litem.

Elizabeth K. Magee, Columbia, for Respondent.

Carolyn H. Kerr, Columbia, for Appellant.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

**ORDER**

PER CURIAM.

P.S.D.S.L. appeals the juvenile court's termination of her parental rights pursuant to § 211.447.2(3).

Judgment affirmed. Rule 84.16(b).

**Charles HALL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54076.**

Missouri Court of Appeals,
Western District.

Sept. 2, 1997.

Jeannie Arterburn Willibey, Assistant Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

**ORDER**

PER CURIAM.

Charles Hall appeals from the dismissal of his Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).